UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI – NORTHERN DIVISION

| | | |
|---|---|---|
| MH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | (Removed from the Circuit Court of |
| CITY OF HANNIBAL, | ) | Marion County, Missouri, Case No. |
| | ) | 17MR-CV00063) |
| Defendant. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

Defendant City of Hannibal ("Hannibal") hereby removes the above-captioned action, Cause No. 17MR-CV00063, currently pending in the Circuit Court of Marion County, Missouri, to the United States District Court for the Eastern District of Missouri, Northern Division. Removal is based upon 28 U.S.C. §§ 1331, 1441, and 1446.

As grounds for removal, Defendant states the following:

1.    On January 11, 2017, Plaintiff MH ("Plaintiff") filed a Petition in the Circuit Court of Marion County, Missouri (the "State Court Action"). The State Court Action was assigned Cause No. 17MR-CV00063. (*See* State Court Action Petition, attached hereto as Exhibit A).

2.    Plaintiff's Petition was served on Defendant on January 18, 2017. Thus, Defendant's filing for removal is timely in that it has been filed within thirty (30) days of receipt. 28 U.S.C. § 1446(b).

3.    Plaintiff's Petition brings a claim seeking a declaratory judgment that Section 7-246 and Section 7-343 of the Code of Ordinances of the City of Hannibal are in violation of the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. (*See* Exhibit A, at

1

¶ 15).   United States District Courts have original jurisdiction of all civil actions arising under the Constitution of the United States.  28 U.S.C. § 1331.  Thus, removal is proper.  28 U.S.C. § 1441.

4.       This matter has been removed to the proper Court because this Court is part of the "district and division within which" this action is pending – Marion County, Missouri.  28 U.S.C. § 1446(a).  There are no other defendants in this case from which consent may be required for this Notice of Removal.

5.       The Petition, attached as Exhibit A, contains all information needed for this Court to determine that Removal is proper.

6.       Defendants' "Notice of Filing of Removal" is being filed separately with the Clerk of the Circuit Court of Marion County, and the Circuit Court of Marion County's acknowledgment of the same will soon be filed with this Court.

WHEREFORE, this action should proceed in the United States District Court for the Eastern District of Missouri, Northern Division, as an action properly removed thereto.

BEHR, McCARTER & POTTER, P.C.

By:  _____*/s/ Benjamin S. McIntosh*_____
Timothy J. Reichardt, #57684MO
Benjamin S. McIntosh, #68248MO
7777 Bonhomme Avenue, Suite 1400
St. Louis, MO  63105
Telephone:  (314) 862-3800
Facsimile:  (314) 862-3953
Email:  treichardt@bmplaw.com
Email:  bmcintosh@bmplaw.com
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed via the Court's ECF system and served this 15th day of February, 2017, by sending the same by electronic mail United States Mail, first class, postage pre-paid and addressed to

Branson L. Wood, III
1001 CENTER STREET
 HANNIBAL, MO 63401
Business: (573) 221-4255
WoodLaw@sbcglobal.net

*Attorney for Plaintiff*

*/s/ Benjamin S. McIntosh*
